```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 28045
   ROBERT J MARESCA
   ELLEEN C MARESCA                             CHAPTER 13

                                                JUDGE: JOHN H SQUIRES
         Debtor
   SSN XXX-XX-3517      SSN XXX-XX-6511


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 07/14/05 and confirmed on 09/02/05.

     2.  The debtor was granted a discharge pursuant to 11 U.S.C. 1328(b).

     3.  The Debtor paid a total of $  44950.00 .

     4.  The Trustee made disbursements to creditors as follows:


--------------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                             PAID            PAID
--------------------------------------------------------------------------------
BECKET & LEE LLP             UNSECURED          1037.97         .00            636.10
BECKET & LEE LLP             UNSECURED          4866.85         .00           2984.93
BECKET & LEE LLP             UNSECURED          1648.88         .00           1010.63
ECAST SETTLEMENT CORPORA     UNSECURED          3588.65         .00           2199.74
ECAST SETTLEMENT CORPORA     UNSECURED         21364.26         .00          13097.42
SMC                          UNSECURED           167.97         .00            102.81
ECAST SETTLEMENT CORPORA     UNSECURED          3702.30         .00           2270.38
ECAST SETTLEMENT CORPORA     UNSECURED         11803.72         .00           7229.59
ECAST SETTLEMENT CORPORA     UNSECURED          9686.48         .00           5939.21
DISCOVER BANK                UNSECURED           910.95         .00            547.07
ECAST SETTLEMENT CORPORA     UNSECURED          3257.70         .00           1997.12
RESURGENT CAPITAL SERVIC     UNSECURED          1227.70         .00            753.67
USAA FEDERAL SAVINGS BAN     UNSECURED          3854.87         .00           2363.35
USAA FEDERAL SAVINGS BAN     UNSECURED           473.14         .00            286.55
         Summary of disbursements:
--------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED      OTHER          TOTAL
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00           .00      67591.44        .00        67591.44
PRINCIPAL PAID         .00           .00      41418.57        .00        41418.57
INTEREST PAID          .00           .00           .00        .00             .00
TOTAL PAID             .00           .00      41418.57        .00        41418.57
The Debtor's attorney, PETER FRANCIS GERACI            , was allowed $   2200.00
and was paid $    500.00  direct and $   1700.00  through the plan.

The Trustee received $   1831.43 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
```

in this case.

Dated: 07/18/08                              /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE